UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 9:20-CIV-81880-CANNON

CITY OF NEW YORK,

    Plaintiff,

v.

GLOBAL MEDICAL SUPPLY GROUP, LLC, *et al.*,

    Defendants.

_____/

## MEDIATION REPORT

Mediation conferences were held on this matter on March 4, 2021 and March 23, 2021.

The following were present at both sessions:

| | | |
|---|---|---|
| X | 1. | Plaintiff and plaintiff's trial counsel. |
| X | 2. | If plaintiff is not an individual, the representatives who appeared had total authority. |
| X | 3. | Defendants and defendants' trial counsel. |
| X | 4. | If defendant are not individuals, the representatives who appeared had total authority. |

The result of the conference is as follows:

| | |
|---|---|
| X | The conflict has been completely resolved. |
| ___ | The conflict has been partially resolved. The parties are submitting a stipulation for the court's approval. Some issues still require court resolution: _____ |
| ___ | The mediation has been continued. |
| ___ | The parties have reached a total impasse; all issues require court action. |

 

_____
Signature of Mediator
Steven A. Mayans – Certification #5364CR

cc: The Honorable Aileen M. Cannon
      Michael A. Cardozo, Esquire
      Lucy C. Wolf, Esquire
      Lindsey O. Collins, Esquire
      Brian T. Horan, Esquire
      Stephen J. Padula, Esquire
      Marcus W. Corwin, Esquire