# EXHIBIT 1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:20-CIV-81880-CANNON**

| | |
|---|---|
| CITY OF NEW YORK, | Case No. 9:20-cv-81880-CANNON CONSOLIDATED |
| Plaintiff, | |
| v. | |
| GLOBAL MEDICAL SUPPLY GROUP LLC; TYLER GELB; VICTORIA CONLEN; FREDERICK LEVY; and NATIONS FAST TAX & ACCOUNTING 2, INC., | |
| Defendants. _____/ | |
| GLOBAL MEDICAL SUPPLY GROUP, LLC, | Case No. 9:20-cv-81997-AMC CONSOLIDATED |
| Plaintiff, | |
| v. | |
| CITY OF NEW YORK and THE NYC DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES, | |
| Defendants. _____/ | |

**[PROPOSED] CONSENT JUDGMENT AND ORDER**

WHEREAS, the City of New York ("NYC") filed its operative complaint against Global Medical Supply Group LLC ("Global"), the Amended Complaint [ECF No. 21], in *City of New York v. Global Medical Supply Group, LLC, et al.*, Case No. 9:20-CIV-81880-CANNON ("*NYC v. Global*"), on December 2, 2020, alleging ten claims against Global, including for Breach of Contract.

2

WHEREAS, NYC and Global consent to the issuance and entry of this Consent Judgment and Order and waive the right to appeal from or otherwise contest this Consent Judgment and Order.

*ACCORDINGLY*, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. This Court has jurisdiction over the parties to this Consent Judgment and Order and the subject matter of this action and is empowered to provide the relief herein.

2. Final Judgment is hereby entered in favor of NYC against Global on Claim I (Breach of Contract) of the Amended Complaint in the *NYC v. Global* action, in the amount of $1,859,068.94, which shall bear interest at the statutory rate.

3. This Consent Judgment and Order constitutes a full, final and complete judicial resolution of the breach of contract claim brought by NYC against Global in the *NYC v. Global* action.

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this __ day of April, 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE