UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-81880-CIV-CANNON/Brannon
(Member CASE NO. 20-81997-CIV-CANNON/Brannon)

**CITY OF NEW YORK**,

    Plaintiff,

v.

**GLOBAL MEDICAL SUPPLY GROUP LLC, TYLER GELB, VICTORIA CONLEN, FREDERICK LEVY, and NATIONS FAST TAX & ACCOUNTING 2, INC.**,

    Defendants.
_____/

**GLOBAL MEDICAL SUPPLY GROUP, LLC**,

    Plaintiff,

v.

**CITY OF NEW YORK and THE NYC DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES**,

    Defendants.
_____/

## CONSENT JUDGMENT AND ORDER

**THIS MATTER** comes before the Court upon the parties' Joint Motion Seeking Entry of Consent Judgment and Order [ECF No. 60]. The City of New York ("NYC") filed its operative complaint against Global Medical Supply Group LLC ("Global"), the Amended Complaint [ECF No. 21], in *City of New York v. Global Medical Supply Group, LLC, et al.*, Case No. 9:20-CIV-81880-CANNON ("*NYC v. Global*"), on December 2, 2020, alleging ten claims against

Global, including a claim for Breach of Contract. On March 22, 2021, NYC and Global entered into a Settlement Agreement, which resolves all matters in dispute in the actions between them [ECF No. 60 ¶ 1]. NYC and Global consent to the issuance and entry of this Consent Judgment and Order and waive the right to appeal from or otherwise contest this Consent Judgment and Order. Upon review of the motion, it is

**ORDERED AND AJUDGED** as follows:

1. Final Judgment is hereby entered in favor of NYC against Global on Claim I (Breach of Contract) of the Amended Complaint in the *NYC v. Global* action, in the amount of $1,859,068.94, which shall bear interest at the statutory rate.

2. This Consent Judgment and Order constitutes a full, final and complete judicial resolution of the breach of contract claim brought by NYC against Global in the *NYC v. Global* action.

3. The Clerk of Court is directed to **CLOSE** this case.

4. All deadlines are **TERMINATED**.

5. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs and fees.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of April 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record