**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:20-CIV-81880-CANNON**

CITY OF NEW YORK,

Plaintiff,

v.

GLOBAL MEDICAL SUPPLY GROUP, LLC;
TYLER GELB; VICTORIA CONLEN;
FREDERICK LEVY; and NATIONS FAST
TAX & ACCOUNTING 2, INC.,

Defendants.

_____/

GLOBAL MEDICAL SUPPLY GROUP,
LLC,

Plaintiff,

v.

CITY OF NEW YORK and THE NYC
DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES,

Defendants.

_____/

**STATEMENT OF UNDISPUTED MATERIAL FACTS SUBMITTED IN SUPPORT OF**
**CITY OF NEW YORK'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND**
**FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

Pursuant to Local Rule 56.1 and Fed. R. Civ. P 56, the City of New York ("NYC") respectfully submits this Statement of Material Facts in support of its Motion to Enforce Settlement Agreement and for Summary Judgment Pursuant to Fed. R. Civ. P. 56.

## STATEMENT OF MATERIAL FACTS

1.      On October 8, 2020, NYC filed a Complaint against, among other defendants, Nations Fast Tax & Accounting 2 ("Nations Fast"). [ECF No. 1].

2.      The Complaint brought claims against Nations Fast for (i) breach of contract; (ii) unjust enrichment; (iii) money had and received; (iv) common law conversion; and (v) conversion in violation of the New York False Claims Act (the "NYFCA"). [*Id.* at 14-15].

3.      The Complaint sought (i) damages in the amount of $4,283,905.72 plus interest; (ii) punitive damages; (iii) treble damages amounting to $12,851,717.20 for violations of the NYFCA; and (iv) costs, including attorneys' fees. [*Id.* at 20].

4.      On March 26, 2021, NYC and Nations Fast entered into a Stipulation of Settlement (the "Settlement Agreement"). [Wolf Decl. Ex. 1, Settlement Agreement].

5.      In a separate agreement signed on March 22, 2021, NYC agreed to a settlement with all other parties, except Nations Fast. [Wolf Decl. ¶ 6]. The payments required under the settlement with the other parties have all been made. [*Id.*]. In accordance with the settlement with the other parties, NYC has jointly filed stipulations of dismissal as to its claims against defendants Global Medical Supply Group ("Global"), Victoria Conlen ("Conlen"), Tyler Gelb ("Gelb"), and Frederick Levy ("Levy"). [ECF Nos. 62, 65, and 66].

6.      NYC has not filed a stipulation of dismissal as to its claims against Nations Fast, and NYC and Nations Fast remain parties to the above captioned case. [Wolf Decl. ¶ 6].

7.      The Settlement Agreement called for Nations Fast to pay NYC $7,500 "[w]ithin ten (10) days after this Stipulation is executed" (the "First Payment"). [Wolf Decl. Ex. 1, Settlement Agreement, ¶ 1.a.].

8.      The Settlement Agreement called for Nations Fast to pay NYC $7,500 "[w]ithin twenty-one (21) days after this Stipulation is executed" (the "Second Payment"). [*Id.*, ¶ 1.b.].

9.      NYC has not yet received either of those payments. [Wolf Decl. ¶ 9].

10.     On April 13, 2021, 8 days after the First Payment was due, NYC received a FedEx Envelope from Nations Fast containing two checks. [Wolf Decl. Ex. 2, Copy of Nations Fast Checks].

11.     The first check was for $7,500, dated April 5, 2021, and signed by Robert Clarke. The second check was for $7,500, dated April 15, 2021, and signed by Robert Clarke. [*Id.*].

12.     There were no check numbers on either of the checks. [*Id.*].

13.     NYC's Fiscal Department attempted to deposit the two checks first through Mobile Deposit and then manually. [Wolf Decl. ¶ 13]. Both efforts to make deposits were unsuccessful because there were no check numbers on the checks. [*Id.*].

14.     On April 23, 2021, Lucy Wolf, counsel for NYC, sent an email to Steven Goerke, counsel for Nations Fast, stating, in relevant part, "The Fiscal Department at the City of New York has let us know they are unable to deposit the two checks from Nations Fast because there

are no check numbers on the checks.  Can you arrange alternative payment, either through wire or certified checks? Please let us know how you plan to send the outstanding money and what the City of New York should do with the unusable checks." [Wolf Decl. Ex. 3, April 23, 2021 Wolf Email, p. 1].

15.     Pursuant to the Settlement Agreement, Nations Fast's failure to comply with the payment plan "entitle[s] NYC to accelerate the full remaining amount due[.]" [Wolf Decl. Ex. 1. Settlement Agreement, ¶ 2].

16.     Pursuant to the Settlement Agreement, "Nations Fast will have five (5) days from receiving said notice to cure a default. If NYC does not receive the payment during the 5-day cure period, NYC will be entitled to enter a judgment against Nations Fast for the balance of the $15,000 not yet paid." [*Id.*, ¶ 2.a.].

17.     On April 26, 2021 at 10:43 AM, Ms. Wolf sent another email to Mr. Goerke, stating, in relevant part, "As of today, Nations Fast is **21 days in default** of its first payment and **10 days in default** of its second payment. We have not received a response from you concerning alternative payment. Please respond today advising whether you plan to send certified checks or wire the payments. Given the status of your default on payment, if we do not hear from you today, and if we do not receive wires or certified checks (mailed by FedEx or the equivalent) by **tomorrow** with a copy of the mailing sent to Michael Cardozo, [lead counsel for NYC] we will have no choice but to seek immediate relief from the Court." (Emphasis in original). [Wolf Decl. Ex. 4, April 26, 2021 Wolf Email, p. 1].

18.     Also on April 26, 2021 at 10:58 AM, Mr. Goerke sent an email to Ms. Wolf, stating, "This is to acknowledge receipt of your demand.  I will again follow-up with my client today." [Wolf Decl. Ex. 5, April 26, 2021 Goerke Email, p. 1].

19.     On April 27, 2021, Ms. Wolf sent another email to Mr. Goerke, stating, "Please send today the wire payment for the full $15,000 or a receipt for the FedEx of a certified check, delivered no later than tomorrow. Unless we receive confirmation from you today that your client has wired the payment or sent a certified check that NYC will receive tomorrow at the latest, NYC will seek immediate court relief, per Paragraph 2.a. of the Settlement Agreement, including, among other things, attorneys' fees." [Wolf Decl. Ex. 6, April 27, 2021 Wolf Email, p. 1].

20.     As of today's date, NYC has not received any further communication from Nations Fast or Mr. Goerke. [Wolf Decl. ¶ 20].

Dated: May 5, 2021

Respectfully submitted,

*s/ Michael A. Cardozo*
Michael A. Cardozo (pro hac vice)
Lucy Wolf (pro hac vice)
Bryant D. Wright (pro hac vice)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3000
E-Mail: mcardozo@proskauer.com
E-Mail: lwolf@proskauer.com
E-Mail: bwright@proskauer.com

Matthew Triggs
Florida Bar No. 865745
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421A

Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145
E-Mail: mtriggs@proskauer.com
Secondary: florida.litigation@proskauer.com

Lindsey Olson Collins (pro hac vice)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-6800
E-Mail: lcollins@proskauer.com

*Attorneys for City of New York and the NYC*
*Department of Citywide Administrative Services*

Brian T. Horan (pro hac vice)
Office of the New York City Corporation Counsel
100 Church St.
New York, NY, 10007
Tel: (212) 356-2297
E-Mail: bhoran@law.nyc.gov

*Attorneys for City of New York and the NYC*
*Department of Citywide Administrative Services*

6

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 5, 2021, I caused the foregoing to be electronically

filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such

filing to all CM/ECF participants in this case.

*s/ Matthew Triggs*
Matthew Triggs
