UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-81880-CIV-CANNON/Brannon
(Member CASE NO. 20-81997-CIV-CANNON/Brannon)

**CITY OF NEW YORK**,

      Plaintiff,

v.

**GLOBAL MEDICAL SUPPLY GROUP
LLC, TYLER GELB, VICTORIA CONLEN,
FREDERICK LEVY, and NATIONS FAST
TAX & ACCOUNTING 2, INC.**,

      Defendants.
_____/

**GLOBAL MEDICAL SUPPLY GROUP**,
**LLC**,

      Plaintiff,

v.

**CITY OF NEW YORK and THE NYC
DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES**,

      Defendants.
_____/

## ORDER DISMISSING CERTAIN DEFENDANTS WITH PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice as to Defendant Global Medical Supply Group, LLC [ECF No. 62]; Plaintiff's Stipulation of Dismissal with Prejudice as to Defendants Tyler Gelb and Victoria Conlen [ECF No. 65]; and Plaintiff's Stipulation of Dismissal as to Defendant Frederick Levy [ECF No. 66]

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's claims against Defendants Global Medical Supply Group, LLC, Tyler Gelb, Victoria Conlen, and Frederick Levy are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

2. The Clerk of Court shall **TERMINATE** Defendants Global Medical Supply Group, LLC, Tyler Gelb, Victoria Conlen, and Frederick Levy as defendants in this matter.[1]

   **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of May 2021.

   **AILEEN M. CANNON**
   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] Defendant Nations Fast Tax & Accounting 2, Inc. is not affected by this Order and remains the subject of the Motion to Enforce Settlement Agreement and for Summary Judgment filed by the City of New York [ECF No. 67].