UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CIV-81880-CANNON

CITY OF NEW YORK,

Plaintiff,

v.

GLOBAL MEDICAL SUPPLY GROUP, LLC;
TYLER GELB; VICTORIA CONLEN;
FREDERICK LEVY; and NATIONS FAST
TAX & ACCOUNTING 2, INC.,

Defendants.
_____/

GLOBAL MEDICAL SUPPLY GROUP,
LLC,

Plaintiff,

v.

CITY OF NEW YORK and THE NYC
DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES,

Defendants.
_____/

**THE CITY OF NEW YORK AND NATIONS FAST TAX & ACCOUNTING 2 INC.'S JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**WHEREAS** the City of New York ("NYC") and Nations Fast Tax & Accounting 2, Inc. ("Nations Fast") have settled their claims in the matter of *City of New York v. Global Medical Supply Group, LLC, et al.,* Case No. 9:20-CIV-81880-CANNON ("*NYC v. Global*"), pursuant to a Stipulation of Settlement signed by the parties hereto;

**WHEREAS** all claims and counterclaims asserted in *NYC v. Global* between parties other than NYC and Nations Fast—including claims asserted by NYC against Global Medical Supply Group, LLC ("Global"), Tyler Gelb ("Gelb"), Victoria Conlen ("Conlen"), and Frederick Levy ("Levy") and counterclaims asserted by Levy against NYC—are not included in this Stipulation of Dismissal;

**IT IS HEREBY STIPULATED** by and between NYC, through its attorneys, and Nations Fast, through its attorneys, that all claims NYC and Nations Fast have asserted or could have asserted against each other in *NYC v. Global*, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED**

Dated: May 20, 2021

                 Respectfully submitted,

                 *s/ Michael A. Cardozo*
                 Michael A. Cardozo (pro hac vice)
                 Lucy Wolf (pro hac vice)
                 Bryant D. Wright (pro hac vice)
                 PROSKAUER ROSE LLP
                 Eleven Times Square
                 New York, NY 10036-8299
                 Tel: (212) 969-3000
                 E-Mail: mcardozo@proskauer.com
                 E-Mail: lwolf@proskauer.com
                 E-Mail: bwright@proskauer.com

                 Matthew Triggs
                 Florida Bar No. 865745
                 PROSKAUER ROSE LLP
                 2255 Glades Road, Suite 421A
                 Boca Raton, FL 33431
                 Tel: (561) 241-7400
                 Fax: (561) 241-7145
                 E-Mail: mtriggs@proskauer.com
                 Secondary: florida.litigation@proskauer.com

Lindsey Olson Collins (pro hac vice)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-6800
E-Mail: lcollins@proskauer.com

*Attorneys for City of New York and the NYC Department of Citywide Administrative Services*

Brian T. Horan (pro hac vice)
Office of the New York City Corporation Counsel
100 Church St.
New York, NY, 10007
Tel: (212) 356-2297
E-Mail: bhoran@law.nyc.gov

*Attorneys for City of New York and the NYC Department of Citywide Administrative Services*

*s/ Steven Gerard Goerke*
Steven Gerard Goerke
Mitchell Thomas McRae
McRae Law Offices, P.A.
5300 West Atlantic Avenue
Suite 412
Delray Beach, FL 33484
Tel: (561) 638-6600
sgoerke@mcraelawfirm.com
mmcrae@mcraelawfirm.com

*Counsel for Nations Fast Tax & Accounting 2, Inc.*