UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-81880-CIV-CANNON/Brannon
(Member CASE NO. 20-81997-CIV-CANNON/Brannon)

**CITY OF NEW YORK**,

    Plaintiff,

v.

**GLOBAL MEDICAL SUPPLY GROUP LLC, TYLER GELB, VICTORIA CONLEN, FREDERICK LEVY, and NATIONS FAST TAX & ACCOUNTING 2, INC.**,

    Defendants.
_____/

**GLOBAL MEDICAL SUPPLY GROUP, LLC**,

    Plaintiff,

v.

**CITY OF NEW YORK and THE NYC DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES**,

    Defendants.
_____/

### ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 73]. Pursuant to Rule 41(a)(1)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **CLOSED**, effective May 20, 2021, the date the parties filed

CASE NO. 20-81880-CIV-CANNON/Brannon

their Joint Stipulation of Voluntary Dismissal with Prejudice.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. All deadlines are **TERMINATED**.

3. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its costs and fees.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of May 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record